THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR
 RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2),
 SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 The State, Respondent,
 v.
 Christopher Lee
 Pride, Petitioner.
 
 
 

ON WRIT OF CERTIORARI TO THE COURT OF
 APPEALS

Appeal From Union County
John C. Hayes, III, Circuit Court Judge
Memorandum Opinion No.  2009-MO-064
Heard December 1, 2009  Filed December
 14, 2009  
DISMISSED AS IMPROVIDENTLY GRANTED

 
 
 
 Acting
 Chief Appellate Defender Robert M. Dudek, of South Carolina Commission on
 Indigent Defense, of Columbia, and Fletcher  Smith, Jr., of Greenville, for
 Petitioner.
 Attorney
 General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant
 Deputy Attorney General Salley W. Elliott, Senior Assistant Attorney General
 Harold M. Coombs, Jr., of Columbia, and Solicitor Kevin Scott Brackett, of York,
 for Respondent.
 
 
 

PER CURIAM: We
 granted certiorari to review the Court of Appeals opinion in State v. Pride, Op. No. 2007-UP-544 (S.C. Ct. App. filed Dec. 5, 2007).  We
 now dismiss the writ as improvidently granted.
DISMISSED AS IMPROVIDENTLY GRANTED.
TOAL, C.J., WALLER, PLEICONES, KITTREDGE, JJ., and Acting Justice
 James E. Moore, concur.